175 So.2d 110

## NATIONAL MOTOR CLUB OF LOU-ISIANA, INC.

v.

### Louis J. CONQUE.

#### No. 47768.

May 26, 1965.

In re: National Motor Club of Louisiana, Inc. applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Lafayette. 173 So.2d 238.

The application is denied. According to the facts of this case the result reached by the Court of Appeal is correct.

HAWTHORNE, J., thinks the writ should be granted.

SUMMERS, J., is of the opinion the writ should be granted.

175 So.2d 110

## PIGGLY–WIGGLY OPERATORS' WARE-HOUSE, INC.

v.

## COMMERCIAL UNION INSURANCE COMPANY OF NEW YORK.

#### No. 47769.

May 26, 1965.

In re: Piggly-Wiggly Operators' Warehouse, Inc. applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Caddo. 174 So.2d 207.

The application is denied. According to the facts of the case as found to be by the Court of Appeal there appears no error in the judgment complained of.